UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RANDALL R. POWELL,** | ) | Case No. CV 15-8639-PSG(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| **W.L. MONTGOMERY, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that this case is **dismissed without prejudice.**

Date: 01/11/16

_____
Philip S. Gutierrez
United States District Judge