UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL R. POWELL,<br><br>        Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | No. 2:16-cv-0548-MCE-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2016, respondent moved to dismiss on the ground that the petition is barred by the statute of limitations. ECF No. 22. After petitioner failed to file an opposition or a statement of no opposition to the motion, the court recommended dismissal of this action for failure to prosecute. ECF No. 25. Petitioner then filed a response to the findings and recommendations, stating that after submitting his petition, he "never received a response . . . ." ECF No. 26. In an abundance of caution, therefore, IT IS HEREBY ORDERED that:

1. The July 12, 2016 findings and recommendations (ECF No. 25) are vacated.
2. Within 7 days from the date of this order, respondent shall re-serve the motion to dismiss on petitioner and file a proof of service with the court.

/////

/////

3. Within 30 days from the date of this order, petitioner shall file a response to the motion to dismiss. Failure to so comply may result in another recommendation of dismissal for failure to prosecute.

DATED: July 28, 2016.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE