UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL R. POWELL,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | No.  2:16-cv-0548-MCE-EFB P<br><br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 3, 2016, respondent re-served his motion to dismiss on petitioner by mailing a copy of the motion to petitioner at Calipatria State Prison.  ECF No. 28.  After petitioner failed to file an opposition or a statement of no opposition to the motion, the court recommended dismissal of this action for failure to prosecute.  ECF No. 29.  Petitioner then filed a letter with the court, indicating that as of June 2016, he was no longer confined to Calipatria State Prison and that he had sent a notice of change of address to the court in this regard.  ECF No. 30.  The court is not in receipt of such notice, but notes now, that petitioner is currently confined to California State Prison, Solano, and may not have received a copy of respondent's motion to dismiss.  Therefore, in an abundance of caution, IT IS HEREBY ORDERED that:

1. The September 8, 2016 findings and recommendations (ECF No. 29) are vacated.

/////

1

    2. Within 7 days from the date of this order, respondent shall re-serve the motion to dismiss on petitioner and file a proof of service with the court.

    3. Within 30 days from the date of this order, petitioner shall file a response to the motion to dismiss.  Failure to so comply may result in another recommendation of dismissal for failure to prosecute.

DATED: September 12, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE